**YU | MOHANDESI LLP**
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Lisa M. Lawrence** (SBN 240375)
213.377.5504 | llawrence@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Barclays Bank Delaware

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE ROCHA,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER, USA, INC. and DOES 1-10 inclusive,<br><br>Defendants. | Case No.:<br><br>**DEFENDANT SANTANDER CONSUMER USA INC.'S NOTICE OF INTERESTED PARTIES**<br><br>*[Fed. R. Civ. P. 7.1 and L.R. Civ. 7.1-1]* |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Pursuant to Fed. R. Civ. P. 7.1 and L.R. Civ. 7.1-1, the undersigned, counsel of record for Santander Consumer USA Inc. ("Defendant"), certifies that the following parent corporation owns 10% or more of Defendant's stock and may have a pecuniary interest in the outcome of this case:

- Santander Holdings USA, Inc., which is a wholly-owned subsidiary of Banco Santander, S.A.

No publicly held corporation owns 10% or more of Banco Santander, S.A.'s stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully submitted,

DATED: June 1, 2026

**YU | MOHANDESI LLP**

By: *<u>/s/ Jordan S. Yu</u>*
Jordan S. Yu
Lisa M. Lawrence
Attorneys for Defendant
Santander Consumer USA Inc.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

## CERTIFICATE OF SERVICE

I certify that on June 1, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: June 1, 2026 By: *<u>/s/ Jordan S. Yu</u>*
Jordan S. Yu